UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael C. Taylor, Jr., ) CASE NO. 3:17CV1448
)
)
        Petitioner, ) JUDGE PATRICIA A. GAUGHAN
)
vs. )
)
Jefferey Noble, ) <u>ORDER</u>
)
)
        Respondent. )

     A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 has been filed in this Court. The Court, having examined the petition in accordance with Rule 4 of the Rules Governing § 2254 cases, cannot determine from the face of the petition that petitioner is not entitled to relief. THEREFORE,

    (1)    Respondent shall file an answer to the petition within sixty (60) days from the date of this order. The answer shall comply with Rule 5 of the Rules Governing § 2254 Cases, and shall address all legal issues raised in the petition.

    (2)    Petitioner shall have thirty (30) days from the filing of respondent's answer to respond thereto.

    (3)    Respondent shall have fifteen (15) days from the filing of petitioner's reply brief to respond thereto.

    Briefs filed by the parties shall contain a summary of the facts upon which they rely

and shall, where applicable, make specific reference to those portions of the record relied upon (page or exhibit number). Brief shall also contain statements of the applicable law and citations to relevant cases and statutory authorities.

IT IS SO ORDERED.

                                            /s/ Patricia A. Gaughan
                                            PATRICIA A. GAUGHAN
                                            Chief Judge
                                            United States District Court

Dated: 7/21/17